UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>          Plaintiff,   )<br>   )<br>v.   )<br>   )<br>KEVAN JON NELSON,   )<br>   )<br>          Defendant.   ) | Crim. File No. CR 21-201 WMW<br><br>**INFORMATION**<br><br>18 U.S.C. § 1014 |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

SCANNED
SEP 27 2021
U.S. DISTRICT COURT MPLS

### Background

1. The Federal Crop Insurance Corporation is an agency of the United States Department of Agriculture whose purpose is to provide insurance for farmers against unavoidable crop losses. The crop insurance program is funded through the reinsurance of private insurers who collect the premiums and investigate and administer claims. One type of crop insurance available to farmers protects against smaller yields caused by natural disasters or elements such as drought, excessive moisture, or hail. Among other things, farmers are required to report actual crop yields and are required to certify the true cause of a loss when making a claim.

2. The defendant, KEVAN JON NELSON, is a resident of the State and District of Minnesota. In 2018 and 2019, NELSON farmed land in Minnesota, growing corn and soybeans. NELSON falsely reported losses in

those years to obtain crop insurance payments to which is was not entitled, resulting in his receipt of $548,695 in fraudulent payments.

## COUNT 1
**(False Statement in Crop Insurance Application)**

3. Paragraphs 1 and 2 are realleged as if set forth herein.

4. On or about November 30, 2018, in the State and District of Minnesota, the defendant,

**KEVAN JON NELSON,**

knowingly and willfully made a false statement and report for the purpose of influencing the action of an insurer reinsured by the Federal Crop Insurance Corporation, specifically, NELSON falsely certified to ARMtech Insurance Services that he was entitled to $117,740 for corn and soybean crops lost to excess moisture in Becker and Clay Counties, Minnesota.

5. All in violation of Title 18, United States Code, Section 1014.

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in Count 1 of this Information, the defendant,

**KEVAN JON NELSON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2), any property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly as a result of the violation. The property subject

U.S. v. Kevan Jon Nelson

to forfeiture includes, but is not limited to, a money judgment not to exceed $548,695.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

Dated: September 27, 2021

BY: ROBERT M. LEWIS
Assistant U.S. Attorney
Attorney ID No. 249488